AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Presnell, Gregory A. | 2. Court or Organization<br><br>Middle Dist/FL, Orlando Div. | 3. Date of Report<br><br>12/4/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>401 West Central Blvd.<br>Suite 5-750<br>Orlando, FL 32801 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Grande Quay Homeowners Assoc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/4/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Akerman, Senterfitt & Eidson law firm compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/4/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank Account #1 (GP) | A | Interest | K | T | | | | | |
| 2. SunTrust Bank Account #2 (CB) | A | Interest | K | T | | | | | |
| 3. SunTrust MMA | A | Interest | M | T | | | | | |
| 4. | | | | | | | | | |
| 5. H-TD Ameritrade GP Trust | | | | | | | | | |
| 6. Vanguard Sm Cap. Index | A | Dividend | K | T | | | | | |
| 7. Vanguard Tax-Managed G&I (merged into the Vanguard S&P 500 fund) (1) | A | Dividend | J | T | | | | | |
| 8. Vanguard Tax-Managed Inter'l (merged into the Vanguard Developd Mkt (2 | A | Dividend | J | T | | | | | |
| 9. Vanguard Windsor II | B | Dividend | K | T | | | | | |
| 10. Vanguard Inter-Term T/E Bond | B | Dividend | K | T | | | | | |
| 11. Vanguard Short-Term Bd. Index | A | Dividend | K | T | | | | | |
| 12. Vanguard Tips Bd. | B | Dividend | L | T | | | | | |
| 13. iShares S&P Natural Resources | A | Dividend | J | T | | | | | |
| 14. iShares Barclays Tips | A | Dividend | K | T | | | | | |
| 15. iShares S&P 500 Index (4) | A | Dividend | K | T | | | | | |
| 16. iShares MSCI Emer. Mkt. ICX | A | Dividend | J | T | | | | | |
| 17. iShares MSCI EAFE Idx | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares Russell 2000 Idx | A | Dividend | K | T | | | | | |
| 19. iShares 2017 S&P AMT-free | A | Dividend | K | T | | | | | |
| 20. iShares 2016 S&P AMT-free | A | Dividend | K | T | | | | | |
| 21. iSharies 2015 S&P AMT-free | A | Dividend | K | T | | | | | |
| 22. Nuveen Muni. Val. | B | Dividend | K | T | | | | | |
| 23. Vanguard Div. Appr. ETF | A | Dividend | J | T | | | | | |
| 24. Vanguard Emer. Mkt. ETF | A | Dividend | J | T | | | | | |
| 25. Vanguard Total Stock Mtk. ETF | A | Dividend | J | T | | | | | |
| 26. Vanguard Div. Gr. | D | Dividend | M | T | | | | | |
| 27. Fidelity Tax Free Bd. | B | Dividend | K | T | | | | | |
| 28. Harbor Bond Inst. | A | Dividend | | | Sold | 10/06/14 | K | A | |
| 29. Harbor International (11) | A | Dividend | K | T | | | | | |
| 30. Lazard Emer. Mkt. | A | Dividend | J | T | | | | | |
| 31. Loomis Sayles Bond | D | Dividend | M | T | Buy (add'l) | 07/21/14 | K | | |
| 32. Pimco Emer. Mkt Bond | B | Dividend | K | T | | | | | |
| 33. Pimco Unconstrained Bd. | B | Dividend | | | Sold | 10/06/14 | L | B | |
| 34. T Rowe Price Div. Gr. | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SEI High Yield Bd. (4) | A | Dividend | J | T | | | | | |
| 36. US Treas Nt 2014 | A | Interest | | | Matured | 07/31/14 | K | A | |
| 37. iShares GSCI Commod. | A | Dividend | J | T | | | | | |
| 38. Discover Bk CD, 2014 | A | Interest | | | Matured | 09/29/14 | K | A | |
| 39. Goldman Sachs Bk, 2018 | A | Interest | K | T | | | | | |
| 40. Fla. BOE Bd | A | Interest | J | T | | | | | |
| 41. DFA Int'd Term Muni Bond | A | Dividend | K | T | | | | | |
| 42. DFA Short Term Muni Bond | A | Dividend | K | T | | | | | |
| 43. iShares Tr. 2018 STP AMT Free | A | Dividend | K | T | | | | | |
| 44. Proctor and Gamble(6) | | None | K | T | Buy | 03/07/14 | K | | |
| 45. Proctor and Gamble | | None | | | Sold | 03/13/14 | K | A | |
| 46. Wells Fargo | A | Dividend | K | T | Buy | 03/07/14 | K | | |
| 47. Pimco All Asset (12) | B | Dividend | K | T | Buy | 07/21/14 | K | | |
| 48. Kraft Foods (3) | A | Dividend | J | T | | | | | |
| 49. Unilever (3) | A | Dividend | J | T | | | | | |
| 50. iShares S&P Midcap 400 Index (3) | A | Dividend | K | T | | | | | |
| 51. Vanguard Consumer Staples Idx 93) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Utilities Index (3) | B | Dividend | M | T | | | | | |
| 53. Vanguard Developed Markets Index | A | Dividend | J | T | | | | | |
| 54. iShares iBoxx Corp Bond (3) | B | Dividend | L | T | | | | | |
| 55. Dodge & Cox Income | A | Dividend | L | T | Buy | 10/15/14 | L | | |
| 56. Lord Abbett Short Duration Income (3) | A | Dividend | K | T | Buy | 01/16/14 | K | | |
| 57. iShares Barclays 3-7 year treasury (3) | A | Dividend | L | T | | | | | |
| 58. Vanguard 500 Index Fd | A | Dividend | K | T | | | | | |
| 59. Vanguard Mid-Cap Index (3) | A | Dividend | K | T | | | | | |
| 60. Fidelity Cash (now TD Ameritrade) | A | Dividend | M | T | | | | | |
| 61. | | | | | | | | | |
| 62. H-Fidelity CB Trust (now TD Ameritrade) | | | | | | | | | |
| 63. Vanguard Prime MM Fd. and Cash | A | Dividend | J | T | | | | | |
| 64. Vanguard Equity Income Fd. | A | Dividend | K | T | | | | | |
| 65. Vanguard Sm. Cap. Index Fd. | A | Dividend | K | T | | | | | |
| 66. Vanguard Inflation Protected Sec. | B | Dividend | L | T | | | | | |
| 67. Vanguard Inter. Term Tax Ex. | C | Dividend | M | T | | | | | |
| 68. Pimco Unconstrained Bd. Fd. | B | Dividend | | | Sold | 10/06/14 | M | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. iShares S&P AMT-free 2015 | A | Dividend | K | T | | | | | |
| 70. iShares S&P AMT-free 2014 | A | Dividend | | | Matured | 08/21/14 | K | A | |
| 71. Powershares QQQ | A | Dividend | J | T | | | | | |
| 72. Vanguard Div. Appr. ETF | A | Dividend | K | T | | | | | |
| 73. Vanguard Emer. Mkt ETF | A | Dividend | J | T | | | | | |
| 74. US Tres. Note, 2014 | A | Dividend | | | Matured | 07/31/14 | K | A | |
| 75. US Tres. Strip, 2015 | | None | J | T | | | | | |
| 76. Fidelity Tax Free Bd | C | Dividend | M | T | | | | | |
| 77. Dodge & Cox Intern'l | B | Dividend | L | T | Buy (add'l) | 11/24/14 | J | | |
| 78. Harbor Bond Inst. | A | Dividend | | | Sold | 10/06/14 | K | A | |
| 79. Harbor Int'l | A | Dividend | K | T | | | | | |
| 80. Lazard Emer Mkt (13) | A | Dividend | J | T | | | | | |
| 81. Loomis Sayles Bd. | D | Dividend | M | T | | | | | |
| 82. Pimco Emer. Mkt. Bond Inst. | C | Dividend | K | T | | | | | |
| 83. Vanguard Div. Gr. | B | Dividend | L | T | | | | | |
| 84. iShares GSCI Commod | A | Dividend | | | Sold | 10/03/14 | J | A | |
| 85. iShares Amt., 2017 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/4/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares Amt., 2016 | A | Dividend | K | T | | | | | |
| 87. US Treas., 2016 | A | Interest | K | T | | | | | |
| 88. US Treas. Strip, 2016 | | None | K | T | | | | | |
| 89. US Treas. Strip, 2017 | | None | K | T | | | | | |
| 90. Fidelity US MM/TD mm | A | Interest | L | T | | | | | |
| 91. FPA Crescent | A | Interest | L | T | | | | | |
| 92. City Bk SLC | A | Interest | J | T | | | | | |
| 93. GE Cap. 2018 | A | Interest | K | T | | | | | |
| 94. Nuveen Mun. Value Fund | B | Dividend | K | T | | | | | |
| 95. iShares Russell 1000 Gr. (14) | A | Dividend | L | T | Buy (add'l) | 01/16/14 | J | | |
| 96. iShares Russell 1000 Val. | A | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 97. Alliance Bern Muni | A | Dividend | J | T | | | | | |
| 98. iShares Russ. 2000 | A | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 99. iShares MSCI Emer. Mkt. | A | Dividend | K | T | | | | | |
| 100. iShares Barclays Tips | B | Dividend | L | T | | | | | |
| 101. iShares S&P NA Nat. Resource | A | Dividend | K | T | | | | | |
| 102. iShares MSCI EAFE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/4/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity NASDAQ | A | Dividend | K | T | | | | | |
| 104. iShares DJ Select Div. | A | Dividend | J | T | | | | | |
| 105. Goldman Sachs Bk USA | A | Dividend | K | T | | | | | |
| 106. Fidelity Cash/TD mm | A | Dividend | L | T | | | | | |
| 107. Chevron | A | Dividend | J | T | | | | | |
| 108. General Electric | A | Dividend | J | T | | | | | |
| 109. Intel | A | Dividend | | | Sold | 03/10/14 | J | B | |
| 110. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 111. Vodaphone | D | Dividend | | | Sold | 12/09/14 | J | | |
| 112. iShares Tr 2018 S&P AMT Free | A | Dividend | J | T | | | | | |
| 113. Vanguard Short Term Tax Exempt | A | Dividend | K | T | Buy (add'l) | 01/16/14 | K | | |
| 114. Verizon | A | Dividend | J | T | Buy | 02/21/14 | J | | |
| 115. Lord Abbett Short Duration | A | Dividend | K | T | Buy | 01/16/14 | K | | |
| 116. Dodge & Cox Income Fund | A | Dividend | M | T | Buy | 10/15/14 | M | | |
| 117. Vanguard Emerging Markets Stock Index (8) | A | Dividend | K | T | Buy | 11/02/09 | K | | |
| 118. Vanguard Sm. Cap Val. Index (19) | A | Dividend | | | Sold | 02/10/12 | J | A | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. H-Vanguard Annuity (CB) | | | | | | | | | |
| 121. --Money Market Portfolio (7) | | None | J | T | | | | | |
| 122. --Total Bond Market Index Portfolio (7) | | None | L | T | | | | | |
| 123. --Short Term Investment Grade Portfolio (15) (7) | | None | K | T | | | | | |
| 124. --Diversified Value Portfolio (7) | | None | J | T | | | | | |
| 125. --Equity Income Portfolio (7) | | None | K | T | | | | | |
| 126. --Equity Index Portfolio (7) | | None | J | T | | | | | |
| 127. --Growth Portfolio (7) | | None | K | T | | | | | |
| 128. --Mid-Cap Index Portfolio (7) | | None | J | T | | | | | |
| 129. --Small Company Growth Portfolio (7) | | None | K | T | | | | | |
| 130. --International Portfolio (7) | | None | K | T | | | | | |
| 131. --Total Stock Market Index Portfolio (7) | | None | J | T | | | | | |
| 132. --High Yield Bond Portfolio (7) | | None | K | T | | | | | |
| 133. --Balanced Portfolio (7) | | None | J | T | | | | | |
| 134. --REIT Index Portfolio (7) | | None | J | T | | | | | |
| 135. | | | | | | | | | |
| 136. Jetport Ltd., Orange County, FL | D | Distribution | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. Wetherbee Ltd., Orange County, FL | | None | M | W | | | | | |
| 139. | | | | | | | | | |
| 140. Airport Industrial, Ltd., Orange County, FL | | None | M | W | | | | | |
| 141. | | | | | | | | | |
| 142. H-IRA (CB) | | | | | | | | | |
| 143. iShares Russell 1000 Gr. | A | Dividend | K | T | | | | | |
| 144. iShares Russell 1000 Val. | A | Dividend | K | T | | | | | |
| 145. iShares Russell 2000 Index | A | Dividend | K | T | | | | | |
| 146. Pimco Total Return | A | Dividend | | | Sold | 10/16/14 | K | A | |
| 147. S&P Nat Resources | A | Dividend | J | T | | | | | |
| 148. iShares Barclays Tips | A | Dividend | J | T | | | | | |
| 149. iShares Barclays Agg. Bd. Fd. | A | Dividend | K | T | | | | | |
| 150. iShares Barclays 7 Yr. Treas. 3- | A | Dividend | K | T | | | | | |
| 151. Dodge & Cox Inter'l | A | Dividend | J | T | | | | | |
| 152. iShares MSCI Emer. Mkt | A | Dividend | J | T | | | | | |
| 153. Pimco Emer. Bond | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,000 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Fidelity Cash/TD cash | A | Dividend | K | T | Buy | 02/21/14 | J | | |
| 155. Lord Abbett Short Duration Fund | A | Dividend | J | T | Buy | 02/21/14 | J | | |
| 156. Dodge and Cox Income Fund | A | Dividend | K | T | Buy | 10/15/14 | K | | |
| 157. Vanguard Consumer Staples | A | Dividend | J | T | | | | | |
| 158. | | | | | | | | | |
| 159. H-IRA-Fidelity (GP) | | | | | | | | | |
| 160. Fidelity Cash Reserves /TD | A | Dividend | M | T | | | | | |
| 161. Harbor Int'l | B | Dividend | L | T | Buy (add'l) | 07/16/14 | K | | |
| 162. Pimco Emerg. Mkts. Bd. | C | Dividend | L | T | | | | | |
| 163. Vanguard Explorer | A | Dividend | K | T | | | | | |
| 164. iShares Russell 2000 Val. | A | Dividend | K | T | | | | | |
| 165. iShares Barclays US TIPS Bond Fd (16) | B | Dividend | L | T | | | | | |
| 166. iShares Barclays US Agg. Bd. Fd. | C | Dividend | M | T | | | | | |
| 167. Loomis Sayles Bond | D | Dividend | N | T | | | | | |
| 168. iShares GCSI Comm. Idx. | | None | K | T | | | | | |
| 169. iShares MSCI Emer. Mkt. | A | Dividend | K | T | | | | | |
| 170. iShares Russ 1000 Gr. | B | Dividend | M | T | Buy (add'l) | 07/16/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Lazard Emer. Mkt. | B | Dividend | K | T | Buy (add'l) | 07/16/14 | J | | |
| 172. US Tips 4/16 | A | Interest | K | T | | | | | |
| 173. Pimco Unconstrained Bd. | B | Dividend | | | Sold | 10/06/14 | M | C | |
| 174. T Rowe Price Div. Gr. | A | Dividend | K | T | | | | | |
| 175. Vanguard Div. App. ETF | A | Dividend | K | T | | | | | |
| 176. US Tr. Strip, 2017 | | None | K | T | | | | | |
| 177. US Tr. Strip, 2018 | | None | K | T | | | | | |
| 178. US Tr. Strip, 2019 | | None | K | T | | | | | |
| 179. US Tr. Strip 2019 | | None | K | T | | | | | |
| 180. US Tr. Strip, 2020 | | None | K | T | | | | | |
| 181. US Tips - 2016 | B | Interest | L | T | | | | | |
| 182. Vanguard Div. Gr. | A | Dividend | K | T | | | | | |
| 183. Goldman Sachs CD | A | Interest | K | T | | | | | |
| 184. DFA Large Cap Value | A | Dividend | K | T | Buy (add'l) | 07/16/14 | K | | |
| 185. Dodge & Co Int'l Stock | A | Dividend | K | T | | | | | |
| 186. Proctor and Gamble (6) | | None | J | T | Buy | 03/07/14 | K | | |
| 187. Proctor and Gamble | | None | | | Sold | 03/13/14 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 12/4/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Wells Fargo | A | Dividend | K | T | Buy | 03/07/14 | K | | |
| 189. iShares Russell 2000 Index | A | Dividend | K | T | Buy | 07/16/14 | K | | |
| 190. Pimco Total Return (17) | B | Dividend | | | Sold | 10/06/14 | M | A | |
| 191. Dodge and Cox Income Fund | A | Dividend | M | T | Buy | 10/15/14 | M | | |
| 192. US TIPS 2019 (9) | A | Interest | J | T | Buy | 06/26/13 | K | | |
| 193. US Tr. Strip 2015 (9) | | None | K | T | Buy | 01/19/10 | K | | |
| 194. US Strip 8/16 (9) | | None | K | T | Buy | 07/30/09 | K | | |
| 195. US Strip 11/17 (9) | | None | K | T | Buy | 06/16/10 | K | | |
| 196. US Strip 11/17 (9) | | None | | | Buy | 10/27/11 | K | | |
| 197. US Strip 8/18 (9) | | None | J | T | Buy | 06/23/13 | K | | |
| 198. US Strip 11/18 (9) | | None | K | T | Buy | 10/27/11 | K | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. H-AS&E PS Acct. (CB) (5) | | | | | | | | | |
| 202. Pimco Total Return | D | Dividend | | | Sold | 12/06/14 | N | | |
| 203. Vanguard 500 Index | C | Dividend | M | T | | | | | |
| 204. Ridgeworth Sm. Cap. | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 19

Name of Person Reporting

Presnell, Gregory A.

Date of Report

12/4/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Pimco Real Return | D | Dividend | M | T | | | | | |
| 206. Harbor Int'l | B | Dividend | L | T | | | | | |
| 207. Oakmark Fund | C | Dividend | L | T | | | | | |
| 208. Federated Capital | A | Dividend | K | T | | | | | |
| 209. Artisan Mid-Cap Val | C | Dividend | K | T | | | | | |
| 210. Lazard Emer. Mkt. | B | Dividend | K | T | | | | | |
| 211. Janus Venture | C | Dividend | J | T | | | | | |
| 212. Metropolitan West Total Return | A | Dividend | N | T | Buy | 12/06/14 | N | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. H-W&M IRA | | | | | | | | | |
| 216. iShares Russell 1000 Val. | | None | | | Sold | 01/10/14 | J | B | |
| 217. iShares Russell 2000 Val. | | None | | | Sold | 01/10/14 | J | B | |
| 218. Harbor Int'l | | None | | | Sold | 01/10/14 | J | B | |
| 219. Pimco Emer. Mkt. | | None | | | Sold | 01/10/14 | J | C | |
| 220. Fidelity Cash Res./TD | | None | | | Sold | 01/10/14 | J | A | |
| 221. Lazard Emer. Mkt. | | None | | | Sold | 01/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Pimco Total Return | | None | | | Sold | 01/10/14 | J | A | |
| 223. Loomis Sayles Bond Fund (10) | | None | | | Sold | 01/10/14 | J | B | |
| 224. | | | | | | | | | |
| 225. Sysco-CB Trust (18) | A | Dividend | | | Sold | 07/31/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Presnell, Gregory A. | 12/4/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes:

1.  The Vanguard Tax Managed Fund merged into the S&P 500 fund (which created a new position).
2.  The Vanguard Tax Managed International fund merged into the Vanguard Developed Markets Index Fund.
3.  On May 14, 2015 the following securities were transferred in their intirety from the CB Trust to the GP Trust for estate planning purposes.
4.  On May 14, 2015 partial positions wer transferred from the CB Trust to the GP Trust for estate planning purposes - no sells or buys.
5.  This is my        401(k) account. The income includes dividends and capital gains.
6.  This position was purchased in error and sold 6 days later.
7.  This is my        Vanguard Variable Annuity. It is an insurance product issued by Transamerica Life Ins. which does not reflect interest, dividends or capital gains.

    The only information provided to me is the beginning and ending value for each position held in the account. The year-end value of these positions has been eported on this form.

    I placed "none" in Col. B(2) in accorance with the filing instructions at P. 47.
8.  This purchase was not included in the 2013 report -- oversight.
9.  These treasury holdings with similar maturity dates were inadvertently omitted from the 2013 report.
10.  Re 221: Line item 217 in 2013 report.
11.  Re 29: Line item 32 in 2013 report.
12.  Asset bought in 2014 and correctly noted.
13.  Re 79: Line item 76 in 2013 report.
14.  Re 94: Line item 95 in 2013 report.
15.  Re 121: Line item 130 in 2013 report.
16.  Re 163: Line item 172 in 2013 report.
17.  Re 188: Bought 06/15/12 - M
18.  Failed to report this sale on 2013 report.
19.  This position was sold on Feb. 10, 2012 and was not included in the 2012 report -- oversight.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory A. Presnell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544